IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01827–REB–KMT

MARY BASILE,

    Plaintiff,

v.

MISSIONARY SISTERS OF THE SACRED HEART OF JESUS, and
THE MOTHER CABRINI SHRINE,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Unopposed Motion to File First Amended Complaint and Jury Demand" (Doc. No. 18, filed August 16, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(1)(B). The Clerk of Court is directed to file Plaintiff's "First Amended Complaint and Jury Demand" (Doc. No. 18-1).

Due to the filing of the Amended Complaint, "Defendant Missionary Sisters of the Sacred Heart of Jesus-Stella Maris Province's Rule 12(e) Motion for a More Definite Statement" (Doc. No. 12, filed July 26, 2011) is DENIED as moot.

Dated: August 17, 2011