**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01827-REB-KMT

MARY BASILE,

    Plaintiff,

v.

MISSIONARY SISTERS OF THE SACRED HEART OF JESUS, and
THE MOTHER CABRINI SHRINE,

    Defendants.

---

**ORDER DENYING AS MOOT MOTIONS TO DISMISS**

---

**Blackburn, J.**

    The matters before me are (1) defendant The Missionary Sisters of the Sacred Heart d/b/a Mother Cabrini Shrine, Inc., misnamed in the caption as The Mother Cabrini Shrine's, **Partial Motion To Dismiss** [#4][1] filed July 14, 2011; and (2) **Defendant Missionary Sisters of the Sacred Heart of Jesus-Stella Maris Province's Rule 12(e) Motion for a More Definite Statement** [#12] filed July 26, 2011.  After the motions were filed, plaintiff filed an **Unopposed Motion To File First Amended Complaint and Jury Demand** [#18] on August 16, 2011.  The magistrate judge subsequently granted leave to file the amended complaint (**Minute Order** [#20] filed August 17, 2011), which has now been docketed (**First Amended Complaint and Demand for Jury Trial** [#21]

---

[1] "[#4]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

filed August 17, 2011).

The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Moreover, plaintiff sought leave to amend in order to address the deficiencies noted in the motion to dismiss and motion for a more definite statement. Therefore, the motions are moot and, thus, will be denied without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Partial Motion To Dismiss** [#4] filed July 14, 2011, is **DENIED WITHOUT PREJUDICE** as moot; and

2. That **Defendant Missionary Sisters of the Sacred Heart of Jesus-Stella Maris Province's Rule 12(e) Motion for a More Definite Statement** [#12] filed July 26, 2011, is **DENIED WITHOUT PREJUDICE** as moot.

Dated August 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge