**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01827-REB-KMT

MARY BASILE,

      Plaintiff,

v.

MISSIONARY SISTERS OF THE SACRED HEART OF JESUS, and
THE MOTHER CABRINI SHRINE,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal** [#51] filed March 23, 2012. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#51] filed March 23, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for August 24, 2012, is **VACATED**;

3. That the jury trial set to commence September 10, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 23, 2012, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge